**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PERNELL STROMAN,<br><br>Plaintiff,<br><br>v.<br><br>C/O FIGAROA et al.,<br><br>Defendants. | C.A. No. 25-919-JLH-EGT |

**ORDER**

At Wilmington, this 14th day of October, 2026;

WHEREAS, Magistrate Judge Tennyson issued a Report & Recommendation on September 9, 2026 (D.I. 20, the "R&R"), recommending that the Complaint (D.I. 3) be dismissed and that certain claims be dismissed with prejudice per 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(a);

WHEREAS, no party filed objections to the R&R pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

NOW, THEREFORE, IT IS HEREBY ORDERED that

1. The R&R (D.I. 20) is ADOPTED.
2. Plaintiff's claim under the Prison Rape Elimination Act is DISMISSED WITH PREJUDICE.
3. All other claims are DISMISSED WITHOUT PREJUDICE.
4. Plaintiff is granted leave to file an amended complaint on or before November 13, 2026.

Dated: October 14, 2026

The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE